```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )    1:07-MJ-00233 SMS
                               )
          Plaintiff,           )
                               )    ORDER
     v.                        )
                               )
GLORIA RADFORD, ET AL.         )
                               )
          Defendants.          )
                               )
_____)


     IT IS HEREBY ORDERED that the transcript of proceedings dated
October 5, 2007, is ORDERED UNSEALED for all further purposes.


Dated: June 3, 2008


                                    /s/ Sandra M. Snyder
                                    SANDRA M. SNYDER
                                    United States Magistrate Judge
```